UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GUILLERMO RAMIREZ,
    Plaintiff,

vs.                                    Case No.: 3:22cv784/MCR/EMT

ASS'T WARDEN SANTIAGO, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, commenced this case by filing a civil rights complaint under 42 U.S.C. § 1983 in the Middle District of Florida (ECF No. 1). The Middle District transferred the case to this court (*see* ECF No. 3).

On January 25, 2022, the court entered an order directing Plaintiff to file an amended complaint on the court form and either pay the filing fee or obtain leave to proceed in forma pauperis (IFP) within thirty days (ECF No. 7). The undersigned directed the clerk of court to send Plaintiff a § 1983 complaint form and a set of forms for use in seeking leave to proceed IFP (*id*.). The undersigned notified Plaintiff that failure to comply with the court's order as instructed would result in a recommendation of dismissal of this case (*id.* at 4).

Plaintiff failed to comply with the order, therefore, the court entered an order on March 3, 2022, directing Plaintiff to show cause, within thirty days, why the case

should not be dismissed for failure to comply with an order of the court (ECF No. 8). The court again notified Plaintiff that failure to comply with the order would result in a recommendation of dismissal of this case (*id.*). The time for compliance with the show cause order has elapsed, and Plaintiff has not filed an amended complaint, paid the filing fee, filed an IFP motion, or otherwise responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 11<u>th</u> day of April 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**